UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
BESA OSMANI,

                        Plaintiff,                          22 Civ. 7233 (JPC)

            -v-                                         ORDER

CYCLICAL MARKETS, LLC *et al.*,

                        Defendants.
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Defendant Mid-Hudson Valley Federal Credit Union ("Defendant") filed a Notice of Removal on August 25, 2022 to remove this case from the Supreme Court of New York, County of Sullivan, to this Court. Dkt. 1. Defendant states that it attached to that Notice of Removal "all process, pleadings and orders served upon [] defendants," pursuant to 28 U.S.C. § 1446(a). *Id.* at ¶ 6. Defendant's Notice of Removal references a Complaint filed in the state court action, which was served on Defendant on July 25, 2022. *Id.* at ¶ 5. Defendant did not attach this Complaint to its Notice of Removal.

       Therefore, Defendant is ordered to amend its Notice of Removal by August 30, 2022 with the referenced Complaint attached. *Cf. Stetson Real Estate LLC v. Sentinel Ins. Co.,* No. 20 Civ. 8902 (KMK), 2021 WL 84309 at *2 (S.D.N.Y. Jan. 11, 2021) (holding that a failure to attach the correct complaint to a notice of removal is not a fatal defect).

       SO ORDERED.

Dated: August 26, 2022
       New York, New York

                                                                    JOHN P. CRONAN
                                                                  United States District Judge